IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DOMINGO AMADOR,
    Plaintiff,

vs.                      5:06cv205/RS/MD

CHARLES SHOCKLEY,
    Defendant.

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. On April 11, 2007 the plaintiff was directed to file a second amended civil rights complaint. (Doc. 20). He failed to file his amended complaint as instructed, and on June 6, 2007 the court entered an order to show cause why his case should not be prosecuted for failure to prosecute and failure to comply with an order of the court. (Doc. 23). Plaintiff has still failed to file his second amended complaint.

Accordingly, it is respectfully RECOMMENDED:

That this case be dismissed without prejudice for plaintiff's failure to comply with an order of the court and failure to prosecute this action.

At Pensacola, Florida, this 28th day of June, 2007.

/s/ *Miles Davis*
    **MILES DAVIS**
    **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).

*Case No: 5:06cv205/RS/MD*