**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

DOMINGO AMADOR,

       Plaintiff,

vs.                         CASE NO. 5:06cv205/RS

FLORIDA DEPARTMENT OF
CORRECTIONS, et al,

       Defendants.

_____/

## ORDER

      Before me is the Magistrate Judge's Report and Recommendation (Doc. 24).

Plaintiff has not filed objections.

      **IT IS ORDERED**:

    1.      The Magistrate Judge's Report and Recommendation is adopted and

        incorporated by reference in this Order.

    2.      This case is dismissed without prejudice because of Plaintiff's failure to

        comply with an order of the court and failure to prosecute this action.

    3.      The clerk is directed to close the file.

ORDERED on July 30, 2007.

                     /S/ Richard Smoak
                     **RICHARD SMOAK**
                     **UNITED STATES DISTRICT JUDGE**